

# NUMBERS 13-19-00147-CR, 13-19-00148-CR, 13-19-00149-CR, AND 13-19-00150-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

_____

**AMANDA KRISTENE HAWKINS,**                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                          **Appellee.**

_____

**On appeal from the 216th District Court
of Kerr County, Texas.**

_____

# ORDER

**Before Justices Benavides, Hinojosa, and Tijerina
Order Per Curiam**

This Court issued its memorandum opinion and judgment on January 9, 2020 affirming appellant Amanda Kristene Hawkins's two charges of abandoning or endangering a child, elderly, or disabled person, and two charges of injury to a child, all second-degree felonies. *Hawkins v. State,* Nos. 13-19-00147-CR, 13-19-00148-CR, 13-

19-00149-CR, 13-19-00150-CR, 2020 WL 103867, at *1–9 (Tex. App.—Corpus Christi–Edinburg Jan. 9, 2020, no pet. h.); *see* TEX. PENAL CODE ANN. §§ 22.041(e), 22.04(e). The opinion bore the notation "do not publish" pursuant to Texas Rule of Appellate Procedure 47.2(b). *See* TEX. R. APP. P. 47.2(b).

On January 14, 2020, appellee, the State of Texas, filed a motion to publish this opinion. After due consideration of the important legal issues addressed in the opinion, we grant the request. We order the Court's opinion in this cause to be published. *See id.*; *see also id.* R. 19.3(e).

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
22nd day of January, 2020.